**Order entered December 30, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-01510-CR**
**No. 05-19-01512-CR**
**No. 05-19-01542-CR**
**No. 05-19-01543-CR**

## IN RE JOSEPH KELLY DINGLER, Relator

**Original Proceeding from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause Nos. 2-19-0859, 2-19-0860, 2-19-0763 & 2-19-0764**

## ORDER

Base on the Court's opinion of this date, we **DISMISS** these original proceedings for want of jurisdiction.

/s/     BILL PEDERSEN, III
        JUSTICE